IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

vs.                                    CASE NO. 4:07cv503-SPM/WCS

LARRY CAMPBELL
and CARL BENNETT,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated December 3, 2007 (doc. 4).  Plaintiff has been afforded  an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed for failure to state a claim upon which relief

may be granted.

DONE AND ORDERED this 16th day of January, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 4:07cv503-SPM/WCS